IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**DONACIANO MATA, Individually and on**              **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.           No. 2:22-cv-12000-JJCG-JJCG

**VIBRACOUSTIC USA, INC.**              **DEFENDANT**

## NOTICE OF APPEARANCE – SEAN SHORT

    Attorney Sean Short of Sanford Law Firm, PLLC, hereby enters his appearance on behalf of Plaintiff. Mr. Short certifies that he is a member in good standing of the Bar of the Eastern District of Michigan and is a registered CM/ECF filer. Mr. Short will serve as counsel along with Plaintiff's other attorneys.

Respectfully submitted,

**ATTORNEY SEAN SHORT**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

## CERTIFICATE OF SERVICE

I, the undersigned counsel, do hereby certify that on the date imprinted by the CM/ECF system, a copy of the foregoing pleading was filed via the CM/ECF system, which will provide notice to the following attorneys of record:

David M. Cessante, Esq.
Hannah K. Reisdorff, Esq.
CLARK HILL PLC
500 Woodward Avenue - Suite 3500
Detroit, Michigan 48226
dcessante@clarkhill.com
hreisdorff@clarkhill.com
Attorneys for Defendant

/s/ *Sean Short*
**Sean Short**