UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONACIANO MATA, individually and on behalf of all others similarly situated,

   Plaintiffs,

v.

VIBRACOUSTIC USA, INC.,

   Defendant.

Case No. 2:22-cv-12000

Hon. Jonathon J.C. Grey

### STIPULATED ORDER FOR *IN CAMERA* REVIEW OF PROPOSED FLSA SETTLEMENT AGREMEENT

This matter having come before this Court upon the agreement of the parties; Plaintiff Donaciano Mata ("Plaintiff") having brought a three-count Complaint alleging violations of the Fair Labor Standards Act and the Michigan Improved Workforce Opportunity Wage Act, with Count II of the Complaint brought on behalf of Plaintiff and others similarly situated; no class having been certified (conditionally or otherwise) and no other plaintiffs having opted into the lawsuit; the parties having reached a settlement of all of Plaintiff's individual claims; the Court having required the parties to move for approval of any settlement agreement of Plaintiff's claims; the parties having agreed that, under the circumstances of the case, including the need for confidentiality, compelling reason exists for *in camera* review

of the settlement agreement resolving these claims; and the Court being otherwise advised in the premises:

IT IS HEREBY ORDERED that the Court will review the parties' proposed settlement agreement *in camera* when deciding any motion for approval of the settlement agreement in lieu of requiring the parties to file the settlement agreement in a manner that would make it part of the publicly accessible record.

**IT IS SO ORDERED.**

s/Jonathan J.C. Grey
HON. JONATHON J.C. GREY
UNITED STATES DISTRICT JUDGE

Dated: September 20, 2023

STIPULATED AND AGREED TO:

*/s/ Josh Sanford (with consent)*
SANFORD LAW FIRM, PLLC
Josh Sanford (Ark. Bar No. 2001037)
Kirkpatrick Plaza
10800 Financial Centre Pkwy,
   Suite 510
Little Rock, Arkansas 72211
josh@sanfordlawfirm.com
(501) 221-0088
*Attorneys for Plaintiff*

*/s/ Hannah K. Reisdorff*
CLARK HILL PLC
David M. Cessante (P58796)
Hannah K. Reisdorff (P80101)
500 Woodward Avenue - Suite 3500
Detroit, Michigan 48226
dcessante@clarkhill.com
hreisdorff@clarkhill.com
(313) 965-8300
*Attorneys for Defendant*

<u>Certificate of Service</u>

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 20, 2023.

<u>s/ S. Osorio</u>
Sandra Osorio
Case Manager